UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21cr57/MCR

WILLIAM BRETT BROWNELL
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the Chief United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **WILLIAM BRETT BROWNELL,** to Count One, Count Two, and Count Three of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 27th day of September 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**